**FORM 8.** Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

MAG Aerospace Industries, LLC   v.   B/E Aerospace, Inc.

No. 15-1370

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☑ As counsel for:   B/E Aerospace, Inc.
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☑ Cross Appellant
☐ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Harry Mittleman |
| Law firm: | Irell & Manella LLP |
| Address: | 1800 Avenue of the Stars, Suite 900 |
| City, State and ZIP: | Los Angeles, CA 90067-4276 |
| Telephone: | (310) 277-1010 |
| Fax #: | (310) 203-7199 |
| E-mail address: | hmittleman@irell.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): March 24, 2015

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☑ Yes    ☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 3/24/2015 | /s/ Harry Mittleman |
| Date | Signature of pro se or counsel |

cc: Counsel of record

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Mar 24, 2015 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
    (by email or CM/ECF)

| Melissa Sedrish Rabbani | /s/ Melissa Sedrish Rabbani |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Irell & Manella LLP

Address: 1800 Avenue of the Stars, Suite 900

City, State, ZIP: Los Angeles, CA 90067-4276

Telephone Number: (310) 277-1010

FAX Number: (310) 203-7199

E-mail Address: MRabbani@irell.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.