NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAG AEROSPACE INDUSTRIES, INC., nka MAG Aerospace Industries, LLC,**
*Plaintiff-Appellant*

v.

**B/E AEROSPACE, INC.,**
*Defendant-Cross-Appellant*

---

2015-1370, -1426

---

Appeals from the United States District Court for the Central District of California in No. 2:13-cv-06089-SJO-FFM, Judge James S. Otero.

---

**ON MOTION**

---

**O R D E R**

The parties jointly move for an extension of time, until July 13, 2015, for B/E Aerospace, Inc. to file its principal brief and until September 23, 2015, for MAG Aerospace Industries, Inc. to file its responsive brief.

2     MAG AEROSPACE INDUSTRIES, INC v. B/E AEROSPACE, INC.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>/s/ Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk of Court

s27