NOTE: This order is nonprecedential.

# United States Court of Appeals

# for the Federal Circuit

_____

**MAG AEROSPACE INDUSTRIES, INC., nka MAG Aerospace Industries, LLC,**
*Plaintiff - Appellant*

v.

**B/E AEROSPACE, INC.,**
*Defendant - Cross-Appellant*

_____

2015-1370, -1426

_____

Appeals from the United States District Court for the Central District of California in case no. 2:13-cv-06089-SJO-FFM, Judge James S. Otero.

_____

ON MOTION

_____

O R D E R

Upon consideration of the unopposed motion of cross-appellant B/E Aerospace, Inc. to extend time to file its principal brief by 10 days, until July 23, 2015,

IT IS ORDERED THAT:

The motion is granted. The cross-appellant's brief is due on July 23, 2015.

FOR THE COURT

June 19, 2015                    /s/ Daniel E. O'Toole
                                Daniel E. O'Toole
                                Clerk of Court